No. 416.  KUEHN v. UNITED STATES. ▮▮▮▮▮▮▮
Certiorari denied. *Casper A. Ornbaun* for petitioner.
*Solicitor General Perlman, Robert S. Erdahl* and *Sheldon
E. Bernstein* for the United States. ▮▮▮▮▮▮▮

No. 418.  AVIATION CLUB OF UTAH v. COMMISSIONER
OF INTERNAL REVENUE. ▮▮▮▮▮▮▮ Certiorari de-
nied. *Paul H. Ray* and *S. J. Quinney* for petitioner.
*Solicitor General Perlman, Assistant Attorney General
Caudle* and *Helen R. Carloss* for respondent. ▮▮▮▮▮

No. 419.  F. W. WOOLWORTH CO. ET AL. v. GUERLAIN,
INC. ▮▮▮▮▮▮▮ Certiorari denied.
*Martin A. Schenck* and *Kenneth W. Greenawalt* for peti-
tioners. *S. S. Baker* for respondent. ▮▮▮▮▮

No. 422.  MARIO MERCADO E HIJOS v. ANDERSON, SEC-
RETARY OF AGRICULTURE. ▮▮▮▮▮▮▮ Certiorari de-
nied. *Montgomery B. Angell, Pedro M. Porrata* and *Ed-
ward J. McGratty, Jr.* for petitioner. *Solicitor General
Perlman, John R. Benney, W. Carroll Hunter* and *David
London* for respondent. ▮▮▮▮▮

No. 434.  ASBELL v. MUTUAL LIFE INSURANCE Co.; and
No. 435.  ASBELL v. TRAVELERS PROTECTIVE ASSOCIA-
TION. ▮▮▮▮▮▮▮ Certiorari denied. *Christie Benet,
Jeff D. Griffith* and *J. B. S. Lyles* for petitioner. *Pinck-
ney L. Cain* for respondents. ▮▮▮▮▮

Nos. 387 and 388.  WATSON ET AL. v. PORTLAND ELEC-
TRIC POWER CO. ET AL. ▮▮▮▮▮▮▮ Certiorari denied.